

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00590-CV

John R. **HALL**, D.O. and South Texas Spinal Clinic, P.A.,
Appellants

v.

Julian **VASQUEZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22025
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of the appeal are taxed against appellee Julian Vasquez.

SIGNED February 13, 2019.

_____
Rebeca C. Martinez, Justice